IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH RHONE,<br><br>    Petitioner,<br><br>          vs.<br><br>DANIEL P. BURNS and THE ATTORNEY<br>GENERAL OF THE STATE OF<br>PENNSYLVANIA,<br><br>    Respondents. | )<br>)<br>)<br>) Civil Action No. 13-637<br>)<br>) Chief Magistrate Judge Lisa P. Lenihan<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, the Petition for Writ of Habeas Corpus filed by Petitioner, Joseph Rhone, (ECF No. 3) is **DENIED**. A certificate of appealability is also **DENIED**. The Clerk of Court is directed to mark this case **CLOSED**. Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Dated: September 23, 2014.

                                                /s/ Lisa Pupo Lenihan
                                                Lisa Pupo Lenihan
                                                Chief United States Magistrate Judge

Cc:    Joseph Rhone, *Pro Se*
          Counsel of Record